IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ADALBERTO CASTRO-DIAZ, ET AL.,** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | NO. 11-00181 |
| **KEVIN KOVALOVSKY, ET AL.,** | : | |
| Defendants. | : | |

# **O R D E R**

**AND NOW**, this 1ˢᵗ day of August, 2012, upon careful consideration of the Defendants' Motion for Summary Judgment (Doc. No. 31), it is hereby ORDERED that:

1. The Defendant's Motion for Summary Judgment is **GRANTED**;

2. The Clerk of Court is directed to mark this case **CLOSED**.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.